# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNY CRUZ,<br><br>        Plaintiff,<br><br>v.<br><br>LYONS, DOUGHTY & VELDHUIS, P.C., *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>21-136 (SDW) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

This matter having come before the Court by way of a November 30, 2021 telephone conference before the undersigned; and with the consent of all parties; and for good cause shown;

**IT IS, on this 30th day of November 2021,**

**ORDERED** that this action and any pending motions are hereby administratively terminated pending the outcome of the Third Circuit appeal in *Saroza v. Lyons, Doughty & Veldhuis, P.C.*, Civ. A. No. 17-523 (RBK) (AMD); and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this matter be reopened and restored to the Court's active docket by filing a letter to that effect.

       *s/ Leda Dunn Wettre*
       Hon. Leda Dunn Wettre
       United States Magistrate Judge